Clifton ANDERSON; Richard Stoerkel, Plaintiffs—Appellants,

v.

CITY OF CAMDEN, SOUTH CAROLINA; Mike Stone, Lieutenant; Kershaw County; Peggy Spivey; Bobbie Bullington, Defendants—Appellees.

No. 11–2215.

United States Court of Appeals, Fourth Circuit.

Submitted: March 13, 2012.

Decided: March 23, 2012.

Clifton Anderson; Richard Stoerkel, Appellants Pro Se. David Leon Morrison, Morrison Law Firm, LLC, Columbia, South Carolina; James M. Davis, Jr., Davidson & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before AGEE, KEENAN, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clifton Anderson and Richard Stoerkel filed suit against Defendants pursuant to 42 U.S.C. § 1983 (2006). The district court awarded Defendants summary judgment, and Anderson and Stoerkel now appeal.

We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Anderson v. City of Camden,* No. 3:10–cv02547–JFA, 2011 WL 4703104 (D.S.C. Oct. 5, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*